No. 5753.—Arabía, apldo., *v.* Lago, aplte.—C. D. San Juan. ▆▆▆▆▆ Julio 8, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Ni en la propuesta o no aprobada exposición del caso, ni en la moción de impugnación radicada por el apelante, encontramos datos suficientes para intervenir con la discreción de la corte sentenciadora al fijar costas y honorarios

de abogado en este caso, toda vez que dicha corte tuvo ante sí prueba y quizá otros elementos que no están reproduci-- dos ante nosotros, por lo que la apelación es frívola y debe desestimarse, como por la presente se desestima.